# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144220

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEITH ANTHONY JACKSON,
     Defendant-Appellant.

SC: 144220
COA: 299026
Kalamazoo CC: 2009-001048-FH

_____/

     On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

                        Clerk

p0416